01/17/2009 17:25  9737791163           FUSCO AND MACALUSO                PAGE 02/03
Case 3:08-cv-02452-PGS-DEA   Document 23   Filed 01/22/09   Page 1 of 2 PageID: 713
Case 2:08-cv-02452-PGS-ES   Document 20   Filed 01/20/2009   Page 1 of 2

Law Office of Darryl M. Saunders
By: Darryl M. Saunders, Esq.
150 Passaic Avenue, 1st Floor
Passaic, New Jersey 07055
(973) 752-2273
(973) 779-5906 Fax
darryl@darrylsaunders.com
Attorney for Defendant(s),
Superior Officers' Association of Newark

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Karama Thomas, | Civil Action No. 08-cv-2452-PGS-ES |
| Plaintiff, | Case Assigned To: Hon. Peter G. Sheridan |
| vs. | **Consent Order Vacating the Default and Extending the Time to Answer** |
| Newark Police Dept. et als. | |
| Defendant(s). | |

Application being made by the Law Office of Darryl M. Saunders, Darryl M. Saunders, appearing, attorney for Defendant, Superior Officers' Association to vacate the default and file the answer by January 21, 2009 in the above-captioned matter filed herein. Ty Hyderally, Esq., attorney for the Plaintiff consents hereto and for good cause shown;

IT IS, ON THIS THE ___ DAY OF JANUARY, 2009,

ORDERED that the default entered against the Defendant, Superior Officers' Association be and is hereby vacated; and it is further

ORDERED that the Superior Officers' Association file it's answer by January 21, 2009; and it is further

01/17/2009 17:25 9737791163 FOSCO AND MACALUSO PAGE 03/03
Case 3:08-cv-02452-PGS-DEA Document 23 Filed 01/22/09 Page 2 of 2 PageID: 714
Case 2:08-cv-02452-PGS-ES Document 20 Filed 01/20/2009 Page 2 of 2

ORDERED that the Superior Officers' Association pay the Plaintiff's cost of filing for default by January 21, 2009.

SO ORDERED,

HON. ESTHER SALAS
U.S. MAGISTRATE

I hereby consent to the entry of the foregoing Order.

Ty Hyderally, Esq.
Attorney for Plaintiff

By: _____
Ty Hyderally, Esq.